# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Alliance Entertainment, LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00089-DER |
| Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC, | |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Alliance Entertainment, LLC ("Plaintiff"), by and through its counsel, pursuant to Federal Rule of Civil Procedure 41(a)(i), made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, hereby dismisses the above-captioned adversary proceeding **with prejudice**. The dismissal of this adversary proceeding includes a dismissal and/or withdrawal with prejudice of the Complaint [A.P. No. 1], Motion for Preliminary Injunction with Temporary Restraining Order [A.P. No. 2], and Request for Hearing on Motion for Preliminary Injunction with Temporary Restraining Order [A.P. No. 3].

Dated:   April 11, 2025

/s/ Jonathan A. Grasso
Jonathan A. Grasso, 19278
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0758
jgrasso@yvslaw.com

-and-

S. Jason Teele (Admitted Pro Hac Vice)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey  07102
(973) 643-4779
steele@sillscummis.com

Counsel for Alliance Entertainment, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of April 2025, notice of filing the Notice of Dismissal with Prejudice was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list, and a copy of the Notice was sent by electronic mail to the parties so identified on the attached service list.

                                                                      /s/ Jonathan A. Grasso
                                                                      Jonathan A. Grasso

**The following parties received a
copy of the filing by electronic mail:**

Turner Falk, Esquire
(turner.falk@saul.com)
Counsel for Debtors
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Ashley N. Fellona, Esquire
(ashley.fellona@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Jeffrey C. Hampton I, Esquire
(jeffrey.hampton@saul.com)
Counsel for Debtors
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Adam H. Isenberg, Esquire
(adam.isenberg@saul.com)
Counsel for Debtors
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102

Mark Minuti, Esquire
(mark.minuti@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19899

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Debtors
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Nicholas Smargiassi, Esquire
(nicholas.smargiassi@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

Paige Noelle Topper, Esquire
(paige.topper@saul.com)
Counsel for Debtors
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, Delaware  19801

**The following parties received
CM/ECF notice of the filing:**

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Plaintiff
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401